FILED

MAY 12 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-0745-TWR |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| ROLANDO ZELAYA (2), | |
| Defendant. | |

The United States' Motion to Dismiss the Information Without Prejudice is **GRANTED**. The Court dismisses the Information (ECF No. 28) as to Defendant, ROLANDO ZELAYA, without prejudice.

**SO ORDERED AND ADJUDGED.**

DATED: 5/12/22

_____
HON. Todd W. Robinson
United State District Court Judge